**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Johnny Woodard, Jr.,** **Civil No. 01-1271 RHK/SRN**

**Plaintiff,**

**v.** **ORDER**

**United States Department of Veterans Affairs, Debt Management Center,**

**Defendant.**

---

It appears that more than 120 days have elapsed since suit was filed and that no appearance has been entered by defendant(s).

The Federal Rules of Civil Procedure and the Local Rules of this District require that an answer or other pleading be filed. The Court does not permit counsel by agreement to extend the time for filing an answer or other pleading, although an initial motion for extension of time will be liberally considered by the Court in the absence of any objection by opposing counsel.

Accordingly, plaintiff is directed to:

1. Notify defense counsel immediately that he/she is required to make an appearance or move for an extension of time to do so;

2. File an application for entry of default unless the required pleading is filed within 10 days; or

3. Advise the Court in writing of any good cause to the contrary.

Unless plaintiff complies with this order within 20 days of this date, this case will be dismissed for lack of prosecution.

MAR 04 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

DATED: March 4, 2002

Susan Richard Nelson
United States Magistrate Judge