**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**JOHNNY WOODARD, JR.**,

Plaintiff,

v.

**UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, DEBT MANAGEMENT CENTER**,

Defendant.

---

Civil No. 01-1271 (JEL/JGL)

**ORDER**

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is before the undersigned Chief Magistrate Judge of District Court by request of the Honorable Joan E. Lancaster, United States District Court. The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

It has come to the attention of the Court that Plaintiff has not effected service on Defendant. When a plaintiff files his complaint, he must submit to the Clerk of Court the original complaint, a civil cover sheet, and a summons. The plaintiff must also pay a filing fee unless the plaintiff desires to proceed in forma pauperis ("IFP"), in which case he must submit the required application and certification. Here, it appears that Plaintiff prepared and submitted the proper documents including an IFP application. However,

FILED ... 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Plaintiff's application to proceed IFP was denied, and therefore, it became his responsibility, not that of the Marshal's Service, to effect service on Defendant.

In light of this procedural history, Plaintiff's Motion for Default Judgment is premature and unfounded.[1] The motion will be addressed in a subsequent Report and Recommendation. The purpose of this Order is to explain the procedural status of this case. In addition, the Court asks the Clerk's office to prepare, sign, date, and stamp a summons and to mail the summons to Plaintiff. The Court also asks the Clerk's Office to send Plaintiff a "Pro Se Packet," which contains information regarding the filing and serving of a civil complaint. Plaintiff will then be responsible for effecting service of the summons and complaint on Defendant in accordance with the Federal Rules of Civil Procedure. Finally, Plaintiff must make proof of service to the court as required by Federal Rule of Civil Procedure 4(l).

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Clerk of Court prepare, sign, date, and stamp a

[1] The Court is aware that Mr. Woodard was simply proceeding as directed by a prior order.

summons; mail the summons to Plaintiff; and mail Plaintiff a "Pro Se Packet" containing information regarding the filing and serving of a civil complaint. Plaintiff will then be responsible for effecting service on Defendant.

Dated: July 3, 2002

JONATHAN LEBEDOFF
Chief United States Magistrate Judge