UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1271 (JEL/JGL)

| | | |
|---|---|---|
| Johnny Woodard, Jr.,<br><br>Plaintiff,<br><br>v.<br><br>United States Department of Veterans Affairs, Debt Management Center,<br><br>Defendant. | ) | ORDER |

The Honorable Jonathan Lebedoff, Chief United States Magistrate Judge, issued a Report and Recommendation on July 8, 2002. No objection to the Report and Recommendation has been filed.

The Court has conducted a de novo review of the record. Based on that review, the Court adopts the Magistrate's Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Plaintiff's motion for default judgment [Docket No. 8] is DENIED.

Dated: August 23, 2002

JOAN E. LANCASTER
United States District Judge

FILED AUG 2 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED_______
DEPUTY CLERK'S INITIALS_______