UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-1271 (JNE/JGL)

JOHNNY WOODARD, JR.,

Plaintiff,

v.

REPORT & RECOMMENDATION

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, DEBT MANAGEMENT CENTER,

Defendant.

On December 26, 2003, the Clerk of Court mailed plaintiff a signed and sealed summons to use in effecting service of the complaint in the above-captioned matter. When no answer was filed on behalf of defendant(s) or other appearance made within the time required by the rules, the court issued an order on June 30, 2003, which by its terms required plaintiff to take certain action.

To date, plaintiff has not complied with the terms of that order.

Based upon the foregoing, IT IS RECOMMENDED that the case be **DISMISSED** for lack of prosecution.

DATED: August 1, 2003

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

Under D.Minn. LR 72.1(c)(2) any party may object to this Report and Recommendation by filing with the Clerk of Court, and serving all parties by AUG. 19, 2003, a writing which specifically identifies those portions of this Report to which objections are made and the basis of those objections. Failure to comply with this procedure shall operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made.

Filed AUG - 1 2003
Richard D. Sletten, Clerk
Judgment Entd.__________
Deputy Clerk__________