# UNITED STATES COURT OF APPEALS

03-3762

## FOR THE EIGHTH CIRCUIT

FILED
ST. PAUL, MN
17212 40
DEC 3 1 2003
MICHAEL E. GANS
CLERK

No. 03-3762

Civil 01-1271 (JNE/JGL)

JOHNNY WOODARD, JR.,

Appellant

v.

U.S. DEPT. OF VETERANS AFFAIRS,

Appellee

Appeal from the United States District Court for the District of Minnesota

ORDER

On December 4, 2003, we entered a show cause order for failure to pay the requisite docket fees. On December 1, 2003, appellant filed his application to proceed on appeal in forma pauperis in district court. The show cause order entered by this court is hereby set aside pending district court ruling on appellant's pauper status.

(5320-010199)

December 31, 2003

Order Entered Under Rule 27B(a)

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

JAN 0 2 2004

FILED
RICHARD D. SLETTEN CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS ecw

24