**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Johnny Woodard, Jr. 01cv1271 (JNE/JGL)

Plaintiff,

v. **ORDER**

United Sates Department of Veterans Affairs, Debt Management Center,

Defendant.

---

Upon motion of the plaintiff, Johnny Woodard, Jr., to proceed *in forma pauperis* in his appeal to the Eighth Circuit, (Docket Entry #21),

**IT IS HEREBY ORDERED**, that defendant's motion is hereby **GRANTED.**

DATED: April 2, 2004.

.

/s Joan N. Ericksen
JOAN N. ERICKSEN, Judge
United States District Court