# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-3762

| | | |
|---|---|---|
| Johnny Woodard, Jr., Appellant, | * | Appeal from the United States District Court for the District of Minnesota |
| v. | * | |
| United States Department of Veterans Affairs, Debt Management Center, Appellee. | * | |

## JUDGMENT

Appellant has not responded to the court's order entered on September 21, 2004 giving appellant a final chance to prosecute his appeal. It is hereby ordered that this appeal is dismissed for failure to prosecute. See Eighth Circuit Rule 3C.

Mandate shall issue forthwith.

October 20, 2004

Order Entered under Rule 27B(a)

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
OCT 25 2004
U.S. DISTRICT COURT MPLS

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 20, 2004

RECEIVED
OCT 22 2004
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Mr. Johnny Woodard Jr.
136 Southern Plaza Drive
Dudley, NC 28333

Re: 03-3762 Johnny Woodard, Jr. v. Veterans Affairs

Dear Mr. Woodard:

Enclosed is a copy of an order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

(5009-010199)

Sincerely,

Michael E. Gans
Clerk of Court

vla

Enclosure(s)

cc: Honorable Joan N. Ericksen, U.S. District Judge
John H. Thompson, Acting Gen. Counsel
Richard B. Standefer, Acting Chairman
Robert F. Comeau, Clerk
Richard Sletten, Clerk (Certified Copies being sent by U.S. Mail)

District Court/Agency Case Number(s): CIV 01-1271 JNE/JGL